UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Denise F., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 17 CV 50320 |
| | ) Judge Iain D. Johnston |
| Andrew Marshal Saul, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's objection to Magistrate Judge Jensen's report and recommendation that her motion for summary judgment be denied. Dkt. 32. The Court has analyzed Magistrate Judge Jensen's thorough and well-reasoned report and recommendation. Dkt. 31. The Court has also read Plaintiff's objection and reply brief. Dkt. 32, Dkt. 35. (Defendant opted not to file a response. Dkt. 34.)

The report and recommendation addresses a dispositive matter, so the Court applies the de novo standard of review. Fed. R. Civ. P. 72(b)(3), 28 U.S.C. §636(b). Nothing in Plaintiff's filings establish that the report and recommendation is erroneous. Indeed, upon an independent review, the Court is firmly convinced that the report and recommendation is legally sound. Plaintiff's filings are essentially rehash of previous assertions, all of which basically ask the Court to reweigh the evidence at the hearing. That is not the role of the Court, which Magistrate Judge Jensen explained in the report and recommendation. Dkt. 31, at 4 (*citing Shideler v. Astrue*, 688 F.3d 306, 310 (7th Cir. 2012). The Court does not doubt that plaintiff suffers from various disabilities, which is precisely why she is currently receiving benefits. But the administrative record, including the administrative law judge's decision, does not support a finding of disability between 2008 through 2011.

Plaintiff's objections are overruled. Summary judgment is entered in favor of Defendant and against Plaintiff.

Entered: February 3, 2021                   By:_____
                                                                                      Iain D. Johnston
                                                                                      U.S. District Judge